USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1092 SAFU BOATENG, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Selya and Cyr, Circuit Judges. ______________ ____________________ Safu Boateng pro se on Memorandum in support of appeal brief. ____________ Donald K. Stern, United States Attorney, and Michael J. Pelgro, _______________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ July 22, 1994 ____________________ Per Curiam. We affirm the dismissal of appellant's __________ 2255 petition essentially for the reasons stated by the district court. Because appellant received the mandatory minimum sentence, he was not prejudiced by counsel's failure to argue for a lower sentence. United States v. Sepulveda, ___________________________ 15 F.3d 1161, 1201-02 (1st Cir. 1993) (because defendant received the mandatory minimum sentence, a role-in-the- offense reduction would have had no effect on the sentence and consequently court refused to decide whether or not appellant was a minor participant), cert. denied, 1994 U.S. ____ ______ Lexis 4738 (1994). Affirmed. ________